RICH MICHAELSON MAGALIFF, LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
Howard P. Magaliff

*Attorneys for Howard P. Magaliff, Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| 232 SEIGEL DEVELOPMENT LLC, *et al.*, | : | Case No. 20-22844 (RDD) |
| | : | |
| Debtors.[1] | : | Jointly Administered |

------------------------------------------------------------ x

### NOTICE OF CLOSING OF SALE OF THE REAL PROPERTY
### LOCATED AT 232 SEIGEL STREET, BROOKLYN, NEW YORK

TO ALL CREDITORS AND OTHER INTERESTED PARTIES:

    **PLEASE TAKE NOTICE** that on March 22, 2022, pursuant to the Order dated March 7, 2022 authorizing the sale of the real property owned by 232 Seigel Acquisition, LLC known as 232 Seigel Street, Brooklyn, NY (the "Property"), Howard P. Magaliff, the Chapter 7 Trustee, closed on the sale of the Property to 232 Seigel Property SPV LLC, as the assignee of Abraham Leifer, the successful bidder at the auction of the Property.

Dated:  New York, New York
          March 23, 2022

RICH MICHAELSON MAGALIFF, LLP
Attorneys for the Trustee
By:

/s/ Howard P. Magaliff
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
*hmagaliff@r3mlaw.com*

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 232 Seigel Development LLC (0108) and 232 Seigel Acquisition LLC (9782).

{00040376v1 }